IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

ROLAND RAY,                                             *

               Petitioner,                    *

v.                                                           Case No.  5:24-cv-00447-TES-CHW
                                    *

Warden VICTORIA STEWART,                    *

               Respondent.                   *

_____           *

## J U D G M E N T

Pursuant to this Court's Order dated 1/22/2026, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 23rd day of January, 2026.

David W. Bunt, Clerk


s/ Raven K. Alston, Deputy Clerk